Order entered December 18, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-00628-CR
 No. 05-12-00629-CR
 No. 05-12-00630-CR

 Maquinn Abrams, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the 265th Judicial District Court
 Dallas County, Texas
 Trial Court Cause Nos. F10-61042-R, F11-52177-R, F11-52340-R

 ORDER

 The Court ORDERS the trial court to conduct a hearing to determine
why appellant's brief has not been filed. In this regard, the trial court
shall make appropriate findings and recommendations and determine whether
appellant desires to prosecute the appeals, whether appellant is indigent,
or if not indigent, whether retained counsel has abandoned the appeals.
See Tex. R. App. P. 38.8(b). If the trial court cannot obtain appellant's
presence at the hearing, the trial court shall conduct the hearing in
appellant's absence. See Meza v. State, 742 S.W.2d 708 (Tex. App.-Corpus
Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial
court is ORDERED to take such measures as may be necessary to assure
effective representation, which may include appointment of new counsel.
 We ORDER the trial court to transmit a record of the proceedings,
which shall include written findings and recommendations, to this Court
within THIRTY DAYS of the date of this order.
 The appeals are ABATED to allow the trial court to comply with the
above order. The appeals shall be reinstated thirty days from the date of
this order or when the findings are received, whichever is earlier.

 /s/ DAVID L. BRIDGES
 JUSTICE